# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| BRINTON BUSINESS VENTURES, INC., a Washington corporation, doing business as Evergreen Vending and/or Vending Equipment Center and/or Northwest Coffee Services and/or Avanti Markets Northwest,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SEARLE, an individual,<br><br>Defendant. | Case No. 3:16-cv-02279-HZ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties that all claims between the parties in this action are hereby dismissed with prejudice and without attorney fees, costs, or disbursements to any party.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 11th day of May 2017

| MILLER NASH GRAHAM & DUNN LLP | MOTSCHENBACHER & BLATTNER, LLP |
|---|---|
| By: *s/ Nicholas H. Pyle (with permission on May 11, 2017)*<br>Bruce L. Campbell, P.C., OSB No. 925377<br>bruce.campbell@millernash.com<br>Nicholas H. Pyle, OSB No. 165175<br>nicholas.pyle@millernash.com<br>Attorneys for Plaintiff | By: *s/ Alexander C. Trauman*<br>Alexander C. Trauman, OSB No. 075491<br>atrauman@portlaw.com<br>Jeremy G. Tolchin, OSB No. 141379<br>jtolchin@portlaw.com<br>Attorneys for Defendant |

## **ORDER**

IT IS HEREBY ORDERED that all claims between the parties in this action are hereby dismissed with prejudice and without attorney fees, costs, or disbursements to any party.

Dated: May \_\_\_12\_\_\_, 2017

_____
The Honorable Marco A. Hernandez
United States District Court Judge